IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 1 7 2018

DOUGLAS F. YOUNG, Clerk
By
　　　Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:18-CR-10008-001 |
| | ) | |
| LINDA G. WILLIAMS | ) | 18 U.S.C. § 1709 |

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

On or about August 10, 2017, in the Western District of Arkansas, El Dorado Division, the defendant, **LINDA G. WILLIAMS,** then being an employee of the United States Postal Service, did knowingly and unlawfully embezzle, steal and remove U.S. currency from a sealed letter and mail which had been entrusted to her as an employee of the U.S. Postal Service, and which was in the Warren, Arkansas, Post Office in the custody of the U.S. Postal Service before said letter and mail had been delivered to the person to whom it was directed, in violation of Title 18 U.S.C. § 1709.

## COUNT TWO

On or about August 10, 2017, in the Western District of Arkansas, El Dorado Division, the defendant, **LINDA G. WILLIAMS,** then being an employee of the United States Postal Service, did knowingly and unlawfully embezzle, steal and remove a package containing pills from mail which had been entrusted to her as an employee of the U.S. Postal Service, and which was in the

1

Hermitage, Arkansas, Post Office in the custody of the U.S. Postal Service before said package

and mail had been delivered to the person to whom it was directed, in violation of Title 18 U.S.C.

§ 1709.


A True Bill.                                DUANE (DAK) KEES
                                            UNITED STATES ATTORNEY

*/s/Grand Jury Foreperson*        By:
Grand Jury Foreperson

                                            Claude S. Hawkins, Jr.
                                            Assistant U.S. Attorney
                                            Arkansas Bar No. 77062
                                            414 Parker Avenue
                                            Fort Smith, AR 72901
                                            Telephone: (479)-783-5125
                                            E-Mail: claude.hawkins@usdoj.gov