IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                        PLAINTIFF

v.                                              Case No. 1:18-cr-10008

LINDA G. WILLIAMS                                                                                               DEFENDANT

## ORDER

Before the Court is Defendant Linda G. Williams's Motion for Early Termination of Supervised Release. ECF No. 29. No response is necessary, and the Court finds the matter ripe for consideration.

On February 12, 2020, the Court sentenced Defendant to three (3) years probation, along with a $100 special assessment, $200 fine, and $200 restitution. On September 14, 2022, Defendant filed the instant motion, seeking early termination of her three-year term of probation, of which she has served approximately thirty (30) months. ECF No. 29. She explains that she has finished the restitution payments, maintained full-time employment, and checked in with her probation officer as directed, and she seeks early termination of her probation in part because she travels frequently for her job, often with short notice. ECF No. 29. The United States Probation Office (USPO) confirms that, while on supervision, Defendant has maintained stable residence, maintained stable employment, and paid her special assessment, fine, and restitution in full. Further, the USPO states that Defendant has completed these thirty (30) months without any violation. The USPO concludes that Defendant is a candidate for early termination consideration by the Court.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

In making its determination, the Court must consider the factors set forth under 18 U.S.C. § 3553(a), to the extent that they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court finds that, after consideration of the above-referenced factors, the instant motion (ECF No. 29) should be and is hereby **GRANTED** based upon Defendant's conduct and the interests of justice. Defendant's term of probation is hereby terminated.

**IT IS SO ORDERED**, this 5th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge